**4-22CV-576-P**

Attorney for Texas Secretary of State current and past officials as pursuant to Tex. Code:

Physical Address
Office of the Attorney General Texas
Attorney General Warren Kenneth Paxton
300 W. 15th Street
Austin, TX 78701

Mailing Address
Office of the Attorney General Texas
Attorney General Warren Kenneth Paxton
P.O. Box 12548 Capital Station
Austin, TX 78711-2548

On Behalf of:

Secretary of State of Texas
John B. Scott

Deputy Secretary of State
Jose A. "Joe" Esparza

Director of Elections Division
Keith Ingram

113 Secretary of State o Texas
Ruth R. Hughs

Attorneys for all other Defendants

Unknown