UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LINDSEY GREMONT ET AL.,

    Plaintiffs,

v.                                                              No. 4:22-CV-00576-P

JOHN B. SCOTT ET AL.,

    Defendants.

## ORDER

Having conducted a de novo review of the Magistrate Judge's FCR (ECF No. 224), and Plaintiff's Objection (ECF No. 226), the Court **ADOPTS** the reasoning in the Magistrate Judge's FCR and **OVERRULES** Plaintiff's Objection.

The Court further notes that election at issue in this emergency temporary restraining order ("TRO") occurred on November 8, 2022. Thus, the emergency equitable relief sought by the TRO is moot.

**SO ORDERED** on this **15th day of November 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE